IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-11201
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TIMOTHY FRANKLIN FOWLER,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:99-CR-83-ALL-P
--------------------
June 1, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Timothy Franklin Fowler appeals from his guilty-plea convictions for four counts of armed bank robbery and four counts of using and carrying a firearm during a crime of violence in violation of 18 U.S.C. §§ 924(c)(1) and 2113. He argues that the district court erred by denying his motion to suppress his statement to police on the ground that it was involuntary. We have reviewed the record and find no reversible error. Given the totality of the circumstances in this case, the district court did not err by determining that Fowler's waiver of his rights and

_____

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

subsequent confession to police were knowing and voluntary.  <u>See</u>

<u>United States v. Ornelas-Rodriquez</u>, 12 F.3d 1339, 1346 (5th Cir.

1994).  Accordingly, the judgment of the district court is

AFFIRMED.